COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 October 29, 2015
 No. 10-14-00205-CR
 CHRISTOPHER JASON HALL
 v.
 THE STATE OF TEXAS
 
 
 From the 220[th] District Court
 Bosque County, Texas
 Trial Court No. 06-11-14071-BCCR
 
--------------------------------------------------------------------------------
JUDGMENT

 This Court has reviewed the briefs of the parties and the record in this proceeding as relevant to the issue raised and finds no reversible error is presented. Accordingly the trial court's judgment, signed on May 22, 2014 is modified to reflect the amount of fine imposed as $1,000 and the amount of restitution imposed as $2,400. Credits for previously made payments, if any, will be applied to these amounts by the trial court clerk in the usual manner. As modified, the trial court's judgment is affirmed.
A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
PER CURIAM
SHARRI ROESSLER, CLERK

By: ___________________________
 Nita Whitener, Deputy Clerk